No. 81–493.   MURPHY *v.* LEHMAN, SECRETARY OF THE NAVY.   C. A. D. C. Cir.   Certiorari denied.

No. 81–495.   KAELI *v.* MCKENZIE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 81–498.   INTERNATIONAL HARVESTER CO. *v.* DEERE & CO.   C. A. 7th Cir.   Certiorari denied.

No. 81–500.   WORRELL *v.* B. F. GOODRICH CO.   C. A. 6th Cir.   Certiorari denied.

No. 81–502.   BUSH *v.* CUMBERLAND ENGINEERING.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 81–506.   SOTO *v.* SOUTHERN PACIFIC TRANSPORTATION CO.   C. A. 5th Cir.   Certiorari denied.

No. 81–507.   JEWETT *v.* INTERNATIONAL TELEPHONE & TELEGRAPH CORP.   C. A. 3d Cir.   Certiorari denied.

No. 81–512.   TELETYPE CORP. *v.* TAYLOR ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–514.   SKAGGS DRUGS CENTERS, INC., ET AL. *v.* BASELINE LIQUORS.   Ct. App. Ariz.   Certiorari denied.

No. 81–527.   LIBERMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–528.   CELANO *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 81–541.   MARTIN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.